JOSEPH SCHLESINGER, Bar #87962
Acting Federal Defender
DOUGLAS BEEVERS, Bar #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY CHMIELEWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-11-00084 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| GREGORY CHMIELEWSKI, | ) |
| | ) Date: April 5, 2013 |
| | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Garland E. Burrell, Jr. |
| | ) |

The parties request that the status conference in this case be continued from February 1, 2013, to April 5, 2013 at 9:00 a.m. They stipulate that the time between February 1, 2013 and April 5, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv)and Local Code T-4. Defense counsel needs additional time to investigate the facts of the case and to negotiate a resolution to this matter. Specifically, defense counsel needs additional time to review and examine

the several hundred thousand pages of discovery that the Government has recently disclosed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: January 30, 2013

>Respectfully submitted,
>
>JOSEPH SCHLESINGER
>Acting Federal Defender
>
>*/s/ Douglas Beevers*
>DOUGLAS BEEVERS
>Assistant Federal Defender
>Attorney for Defendant
>GREGORY CHMIELEWSKI

Dated: January 30, 2013

>BENJAMIN B. WAGNER
>United States Attorney
>
>*/s/ Lee Bickley*
>LEE BICKLEY
>Assistant United States Attorney
>Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 1, 2013, be continued to April 5, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the

Stip and Order            2

April 5, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: January 31, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip and Order                                3