JOSEPH SCHLESINGER, Bar #87962
Acting Federal Defender
DOUGLAS BEEVERS, Bar #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY CHMIELEWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-00084 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SECURE BOND |
| GREGORY CHMIELEWSKI, | |
| | Date: |
| Defendants. | Time: |
| | Judge: Hon. Dale A. Drozd |

On February 19, 2013, the Honorable Dale A. Drozd ordered Mr. CHMIELEWSKI be released on a $215,000 property bond to be secured by the defendant's father's real property. On March 5, 2013 an Unopposed Request for Extension of Time to Secure the bond was filed to extend time to April 2, 2013. The paperwork is still in the process of being completed and signed by the property owner. Specifically, the property is located in Wisconsin and additional time is needed to have the Deed notarized and recorded with the Ozaukee County recorders office.

For the reasons stated above, additional time is needed to receive and finalize the Deed of Trust. Accordingly, the parties agree that the

deadline for posting the secured bond may be extended two additional weeks, to April 16, 2013. This office has contacted Assistant United States Attorney Lee Bickley and she has no objection to this request.

Dated: March 28, 2013

          Respectfully submitted,

          JOSEPH SCHLESINGER
          Acting Federal Defender

          */s/ Douglas Beevers*
          DOUGLAS BEEVERS
          Assistant Federal Defender
          Attorney for Defendant
          GREGORY CHMIELEWSKI

Dated: March 28, 2013

          BENJAMIN B. WAGNER
          United States Attorney

          */s/ Lee Bickley*
          LEE BICKLEY
          Assistant United States Attorney
          Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the deadline for filing the secured bond be extended to April 16, 2013.

DATED: March 29, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
chmielewski0084.ord.eot.bond-2

Stip and Order         2