1  JOSEPH SCHLESINGER, Bar #87962
   Acting Federal Defender
2  DOUGLAS BEEVERS, Bar #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5
   Attorney for Defendant
6  GREGORY CHMIELEWSKI

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. CR-S-11-00084 GEB
                                    )
12              Plaintiff,           )
                                    )  STIPULATION AND [PROPOSED] ORDER
13      v.                          )  TO CONTINUE STATUS CONFERENCE
                                    )
14 GREGORY CHMIELEWSKI,             )
                                    )  Date: June 14, 2013
15                                  )  Time: 9:00 a.m.
                Defendants.         )  Judge: Hon. Garland E. Burrell, Jr.
16                                  )
   _____    )
17

    The parties request that the status conference in this case be
18
   continued from April 5, 2013, to June 14, 2013 at 9:00 a.m.  They
19
   stipulate that the time between April 5, 2013 and June 14, 2013 should be
20
   excluded from the calculation of time under the Speedy Trial Act.  The
21
   parties stipulate that the ends of justice are served by the Court
22
   excluding such time, so that counsel for the defendant may have
23
   reasonable time necessary for effective preparation, taking into account
24
   the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv)and
25
   Local Code T-4. Defense counsel needs additional time to investigate the
26
   facts of the case and to negotiate a resolution to this matter.
27
   Specifically, defense counsel needs additional time to review and examine
28

the several hundred thousand pages of discovery that the Government has disclosed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: March 28, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
GREGORY CHMIELEWSKI

Dated: March 28, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lee Bickley*
LEE BICKLEY
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 5, 2013, be continued to June 14, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the June

Stip and Order 2

14, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: April 3, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip and Order                         3