| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Acting Federal Defender |
| 2 | DOUGLAS BEEVERS, Bar #288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
GREGORY CHMIELEWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-00084 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| GREGORY CHMIELEWSKI, | ) | |
| | ) | Date: November 15, 2013 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

The parties request that the status conference in this case be continued from September 6, 2013, to November 15, 2013 at 9:00 a.m. They stipulate that the time between September 6, 2013 and November 15, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv)and Local Code T-4. Defense counsel needs additional time to investigate the facts of the case and to negotiate a resolution to this matter. Specifically, defense counsel needs additional time to review and examine

the several hundred thousand pages of discovery that the Government has disclosed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv)and Local Code T-4.

Dated: September 5, 2013

    Respectfully submitted,

    HEATHER wILLIAMS
    Acting Federal Defender

    */s/ Douglas Beevers*
    DOUGLAS BEEVERS
    Assistant Federal Defender
    Attorney for Defendant
    GREGORY CHMIELEWSKI

Dated: September 5, 2013

    BENJAMIN B. WAGNER
    United States Attorney

    */s/ Lee Bickley*
    LEE BICKLEY
    Assistant United States Attorney
    Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 6, 2013, be continued to November 15, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order,

Stip and Order                                      2

to and including, the November 15, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: September 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip and Order 3